UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| KRIS ALAN HAHN , | Civil No. 12-2154 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| STATE OF MINNESOTA, | |
| Defendants. | |

Kris Alan Hahn, 13928-041, FCC Petersburg-Medium, PO Box 1000, Petersburg, VA 23804, pro se plaintiff.

Linda M Freyer, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, 300 South Sixth Street, Suite C-2000, Minneapolis, MN 55487 for defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Kris Alan Hahn's Petition for a Writ of Habeas Corpus (ECF No. 1) is

   **DENIED**; and

3. This case is **DISMISSED WITHOUT PREJUDICE**.


**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: September 16, 2013
at Minneapolis, Minnesota                     ___ s/John R. Tunhiem _____
                                                JOHN R. TUNHEIM
                                              United States District Judge